UNITED STATES COURT OF APPEALS
SEVENTH CIRCUIT
_____

**LARRY A. BOSS,**

Appellant,

v.

**JULIAN CASTRO,**

Appellee.

No. 14-2996
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

# APPELLANT'S DISCLOSURE STATEMENT PURSUANT TO CIRCUIT RULE 26.1

Pursuant to Circuit Rule 26.1, Appellant provides the following disclosure statement:

1. The only attorney appearing for the Appellant in this case is James Lawrence Fuchs, who is associated with the law firm of Snider & Associates, LLC.("S&A"). No other attorney from S&A is appearing in this case.

    /s/
_____

James L. Fuchs, Bar Pending[1]

---

[1] Appellant's counsel has applied for admission to the Seventh Circuit, has sent in a petition with an endorsement from a Seventh Circuit Attorney, and has sent in a check. Appellant's counsel inadvertently sent in a check for too large a sum, and therefore had to send in a second check, according to instructions from the Clerk. Appellant's counsel has sent in a second check.

## **CERTIFICATION OF SERVICE**

I certify that the aforesaid has been filed by ECF on September 29, 2011, and, should service fail, service is being sent by mail to Jonathan Haile, Esq., Assistant United States Attorney, 219 S. Dearborn St., 5th Floor, Chicago, Illinois 60604



    /s/
James L. Fuchs